# Exhibit A

To Reinhart's Motion for Allowance and Payment of 503(b)(9) Claim

Reinhart Foodservice, L.L.C.

Summary of § 503(b)(9) Invoices

Travinia Italian Kitchen at Richmond, LLC

| DATE | DOCUMENT TYPE | DOCUMENT NUMBER | ORIGINAL AMOUNT | BALANCE DUE |
|---|---|---|---|---|
| 02/15/19 | Invoice | 685580 | 2,216.89 | 2,216.89 |
| 02/19/19 | Invoice | 686168 | 3,375.10 | 3,375.10 |
| 02/22/19 | Invoice | 687507 | 3,090.05 | 3,090.05 |
| 02/26/19 | Invoice | 688310 | 5,880.00 | 5,880.00 |
| 03/01/19 | Invoice | 689388 | 3,217.47 | 3,217.47 |
|  |  |  | **Total** | **$17,779.51** |

Reinhart Foodservice, L.L.C.
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757)538-8000
(800)868-4517

**Reinhart FOODSERVICE**
*Get it right from us.*

Fed ID: ▮

Delv Date: 02/15/19

Tidewater Division

###### \*\*\*\*\*\* I N V O I C E \*\*\*\*\*\*

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 02/15/19 | 685580 | 50 | 65849 |

| PHONE NO | TRIP | STOP | PAGE |
|---|---|---|---|
| 804-288-0100 | 310 | 010 | 1 |

SHIP TO:
TRAVINIA-RICHMOND
STE 800
1601 WILLOW LAWN DRI
RICHMOND VA 23230

SOLD TO:
TRAVINIA - BILL TO
301 MARKET CENTER DR
MORRISVILLE NC 27560

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

| QUANTITY | | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION | | | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORDER | SHIP | | | | | | # OF RU | RC UN | UN | | | |
| | | | | | | **\* \* \* DRY GOODS \* \* \*** | | | | | | |
| | 1 | CS | 5/GAL | COKE | 28372 | BEV SYRUP COCA COLA BGBX | 640 | 1 | OZ | .130 | 83.17 | 83.17 |
| | 1 | CS | 4/1 GAL | ROLAND | 19652 | WINE CHABLIS COOKING | 512 | 1 | OZ | .050 | 25.37 | 25.37 |
| | 1 | CS | 3/1 GAL | EVRICH | 71022 | OIL BUTTER ALTERNATIVE LQ ZTF JUG | 384 | 1 | OZ | .079 | 30.22 | 30.22 |
| | 2 | CS | 35/LB | EVRFRY | CA064 | OIL FRYING LQ CANOLA PREM HIGH OLEIC ZTF | 560 | 1 | OZ | .071 | 39.65 | 79.30 |
| | 1 | CS | 6/1 GAL | STEVIE | T2570 | OIL CANOLA/OLIVE 80/20 | 768 | 1 | OZ | .086 | 66.34 | 66.34 |
| | 1 | CS | 10/L | CRTOLV | B1740 | OIL OLIVE XVRGN 100% DOM | 320 | 1 | OZ | .285 | 91.35 | 91.35 |
| | 1 | EA | 5/LB | CULSEC | 24116 | PEPPER BLACK CAFE GRIND 20 MESH | 80 | 1 | OZ | .727 | 58.19 | 58.19 |
| | | | | | | **\* \* \* FROZEN \* \* \*** | | | | | | |
| | 1 | CS | 10/1 LB | HDNBAY | 13910 | MUSSEL IN SHL 23-29 CNT CKD VACPAK FZ | 160 | 1 | OZ | .140 | 22.43 | 22.43 |
| | 1 | CS | 2/5 LB | NAUTIF | 12430 | SCALLOP SEA DRY U-10 AMO WEIGHING 10.00 LBS @ IQF WILD | 160 | 1 | OZ | .096 | 15.31 | 153.10 |
| | 1 | CS | 9/12 CNT | ROTELA | 91068 | ROLL DINNER SLIDER 3" SL | 108 | 1 | EA | .247 | 26.64 | 26.64 |
| | 8 | CS | 45/4.9OZ | ACEBKY | B5542 | BREAD FOCACCIA CLUSTER FZ | 45 | 1 | EA | .587 | 26.43 | 211.44 |
| | 2 | CS | 60/CNT | ACEBKY | HR620 | BREAD SCHIACCIATA HERB | 60 | 1 | EA | .610 | 36.57 | 73.14 |
| | 1 | CS | 24/LB | JOSEPH | BK680 | RISOTTO CHICK BRTH KIT | 384 | 1 | OZ | .139 | 53.49 | 53.49 |
| | 1 | CS | 2/5 LB | VILFRZ | 17730 | TOPPING PIZ SAU ITAL FC AVG 12 cnt/OZ FZ | 160 | 1 | OZ | .173 | 27.65 | 27.65 |
| | 5 | CS | 6/4 LB | JOSEPH | B9424 | SAUCE CREAM FZ | 384 | 1 | OZ | .114 | 43.59 | 217.95 |
| B | 1 | CS | 6/30 OZ | ARMNIN | 24994 | SAUCE PESTO BASIL FZ | 180 | 1 | OZ | .338 | 60.77 | 60.77 |
| | | | | | | **\* \* REFRIGERATED \* \* \*** | | | | | | |
| | 1 | CS | 10/LB | GDROOT | 25686 | TOMATO CHERRY BULK FRESH | 160 | 1 | OZ | .145 | 23.22 | 23.22 |
| 2 | 1 | CS | 2/5 LB | RPRCUT | T8886 | SQUASH BTRNUT DC 3/4" | 160 | 1 | OZ | .233 | 37.27 | 37.27 |
| | 1 | CS | 5/LB | PACKER | H5842 | CARROT BABY W/ GRN TOP | 80 | 1 | OZ | .322 | 25.77 | 25.77 |
| | 1 | CS | 16/HEAD | GRGFRM | M3036 | CHICK WHL WOG AVG 3LB RAW WEIGHING 52.00 LBS @ | 16 | 1 | OZ | .066 | 1.05 | 54.60 |
| | 5 | CS | 20/LB | GRGFRM | 81112 | CHICK BRST BNLS 5oz S/L | 320 | 1 | OZ | .198 | 63.27 | 316.35 |
| | 1 | CS | 6/1 LB | PHILIP | HA420 | CRABMEAT BLUE JBO CUL | 96 | 1 | OZ | 1.277 | 122.57 | 122.57 |
| | 1 | CS | 36/1 LB | PACKER | DK238 | BUTTER SOLID UNSLT GRD AA | 576 | 1 | OZ | .171 | 98.21 | 98.21 |
| | 2 | CS | 6/8 OZ | BELGIO | T6370 | CHEESE MOZZ BURRATA BALL | 48 | 1 | OZ | .299 | 14.33 | 28.66 |
| B | 1 | CS | 10/3 LB | FAIRMD | 70082 | CREAM CHEESE LOAF REF | 480 | 1 | OZ | .124 | 59.53 | 59.53 |

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

TAX

CONTINUED

PAY THIS AMOUNT
ALL PAYMENTS IN U.S. CURRENCY

CONTINUED TO PAGE 2

Reinhart Foodservice, L.L.C.
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757) 538-8000
(800) 868-4517

# Reinhart FOODSERVICE
*Get it right from us.*

Fed ID: ▇▇▇▇▇

Delv Date: 02/15/19

## Tidewater Division

****** I N V O I C E ******

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 02/15/19 | 685580 | 50 | 65849 |
| PHONE NO | | TRIP | STOP | PAGE |
| 804-288-0100 | | 310 | 010 | 2 |

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

SHIP TO:
TRAVINIA-RICHMOND
STE 800
1601 WILLOW LAWN DRI
RICHMOND VA 23230

SOLD TO:
TRAVINIA - BILL TO
301 MARKET CENTER DR
MORRISVILLE NC 27560

| QUANTITY ORDER | SHIP | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION # OF RU | RC UN | UN | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | CS | 6/5 LB | GALBAN | 77262 | CHEESE BLND MOZZ/PROV SHD | 480 | 1 | OZ | | .132 | 63.32 | 63.32 |
| | 1 | CS | 12/32 OZ | CNRSTN | HV430 | CREAM HEAVY 36% REF | 384 | 1 | OZ | | .114 | 43.64 | 43.64 |
| | | | | | | *   RESTAURANT SUPPLY   * | | | | | | |
| | 1 | CS | 6/17 OZ | EVRLIT | 87762 | FOOD RELEASE SOYBEAN GOLD HIGH HEAT SPRAY AERO ZTF | 102 | 1 | OZ | | .294 | 29.97 | 29.97 |
| | 1 | EA | 16/OZ | CULSEC | 24188 | PAPRIKA GROUND | 16 | 1 | OZ | | .613 | 9.80 | 9.80 |
| | 1 | EA | 12/OZ | CULSEC | 24018 | PEPPER RED CRUSHED | 12 | 1 | OZ | | .833 | 10.00 | 10.00 |
| B | 1 | *** | 1/6 OZ | MCCORM | AR499 | SPICE HERBS DE PROVENCE | 6 | 1 | OZ | | 2.238 | 13.43 | 13.43 |

COPY

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| 8 | 21 | 16 | | 4 | | 49 | 909 | 48 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

TAX

2,216.89

PAY THIS AMOUNT
ALL PAYMENTS IN U.S. CURRENCY

Reinhart Foodservice, L.L.C.
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757) 538-8000
(800) 868-4517

Fed ID: ███████

Delv Date: 02/19/19

# Reinhart FOODSERVICE
*Get it right from us.*

## Tidewater Division

****** I N V O I C E ******

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 02/19/19 | 686168 | 50 | 65849 |
| PHONE NO | | TRIP | STOP | PAGE |
| 804-288-0100 | | 330 | 010 | 1 |

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

SHIP TO:
TRAVINIA-RICHMOND
STE 800
1601 WILLOW LAWN DRI
RICHMOND VA 23230

SOLD TO:
TRAVINIA - BILL TO
301 MARKET CENTER DR
MORRISVILLE NC 27560

| QUANTITY | | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION | | | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORDER | SHIP | | | | | | # OF RU | RC UN | UN | | | |
| | | | | | | **\* \* \*  DRY GOODS  \* \* \*** | | | | | | |
| | 1 | CS | 6/#10CAN | FULRED | 12172 | SAUCE TOMATO | 636 | 1 | OZ | | .041 | 26.14 | 26.14 |
| | 1 | CS | 6/#10CAN | FULRED | B9726 | TOMATO DICED I/ JUICE | 612 | 1 | OZ | .044 | 27.04 | 27.04 |
| | 1 | CS | 6/#10CAN | FULRED | 12136 | TOMATO FIL PLD I/ JUICE | 636 | 1 | OZ | .042 | 26.44 | 26.44 |
| | 1 | CS | 2/10 LB | MRIELA | BW446 | PASTA CAPELLINI | 320 | 1 | OZ | .056 | 18.02 | 18.02 |
| | 1 | CS | 2/10 LB | MRIELA | BA786 | PASTA FARFALLE BRONZE DIE | 320 | 1 | OZ | .056 | 18.02 | 18.02 |
| | 1 | CS | 4/1 GAL | ROLAND | 19652 | WINE CHABLIS COOKING | 512 | 1 | OZ | .050 | 25.37 | 25.37 |
| | 1 | CS | 3/1 GAL | EVRICH | 71022 | OIL BUTTER ALTERNATIVE LQ ZTF JUG | 384 | 1 | OZ | .080 | 30.71 | 30.71 |
| | 1 | CS | 35/LB | EVRFRY | CA064 | OIL FRYING LQ CANOLA PREM HIGH OLEIC ZTF | 560 | 1 | OZ | .074 | 41.39 | 41.39 |
| | 1 | CS | 6/1 GAL | STEVIE | T2570 | OIL CANOLA/OLIVE 80/20 | 768 | 1 | OZ | .086 | 66.34 | 66.34 |
| | 1 | CS | 10/L | CRTOLV | B1740 | OIL OLIVE XVRGN 100% DOM | 320 | 1 | OZ | .285 | 91.35 | 91.35 |
| | 1 | CS | 5/LB | FISHER | E0620 | PECAN HALVES LG FCY RAW | 80 | 1 | OZ | .655 | 52.42 | 52.42 |
| | | | | | | **\* \* \*   FROZEN   \* \* \*** | | | | | | |
| | 1 | CS | 4/5 LB | FRERCH | AD648 | BEEF SHORT RIB BNLS CH WEIGHING 20.98 LBS @ | 16 | 1 | OZ | .502 | 8.03 | 168.47 |
| | 1 | CS | 2/5 LB | FONTAN | B9230 | SAUSAGE ITAL SWEET ROPE | 160 | 1 | OZ | .191 | 30.52 | 30.52 |
| | 1 | CS | 4/2.5 LB | PANPES | R4452 | CALAMARI T&T 3-5" FCLN | 160 | 1 | OZ | .441 | 70.61 | 70.61 |
| | 1 | CS | 10/1 LB | HDNBAY | 13910 | MUSSEL IN SHL 23-29 CNT CKD VACPAK FZ | 160 | 1 | OZ | .140 | 22.43 | 22.43 |
| | 1 | CS | 3/GAL | BBUNNY | 77716 | ICE CREAM VAN BEAN FZ | 208 | 1 | OZ | .156 | 32.51 | 32.51 |
| | 7 | CS | 45/4.9OZ | ACEBKY | B5542 | BREAD FOCACCIA CLUSTER FZ | 45 | 1 | EA | .587 | 26.43 | 185.01 |
| | 1 | CS | 60/CNT | ACEBKY | HR620 | BREAD SCHIACCIATA HERB | 60 | 1 | EA | .610 | 36.57 | 36.57 |
| | 1 | CS | 2/3 LB | JOSEPH | AF270 | PASTA RAV PORTABELLO MR | 96 | 1 | OZ | .446 | 42.86 | 42.86 |
| | 1 | CS | 10/LB | JOSEPH | N5242 | PASTA SHEET FZ | 160 | 1 | OZ | .165 | 26.39 | 26.39 |
| | 2 | CS | 2/3 LB | JOSEPH | 26836 | RAVIOLI LOBSTER SAFFRON | 96 | 1 | OZ | .898 | 86.18 | 172.36 |
| | 1 | CS | 2/3 LB | JOSEPH | A7420 | RAVIOLI SAU BROCLN LG SQ | 96 | 1 | OZ | .457 | 43.91 | 43.91 |
| | 1 | CS | 12/1 LB | GLDNTG | V3598 | WONTON WRAPPER 3.5x3.5 FZ | 192 | 1 | OZ | .126 | 24.21 | 24.21 |
| | 5 | CS | 6/4 LB | JOSEPH | B9424 | SAUCE CREAM FZ | 384 | 1 | OZ | .114 | 43.59 | 217.95 |
| | | | | | | **\* \*   REFRIGERATED  \* \* \*** | | | | | | |
| | 1 | CS | 10/LB | GDROOT | 25686 | TOMATO CHERRY BULK FRESH | 160 | 1 | OZ | .133 | 21.22 | 21.22 |
| | 1 | CS | 4/5 LB | PACKER | M3590 | BRUSSEL SPRT CLN & TRMD | 320 | 1 | OZ | .146 | 46.59 | 46.59 |
| | 2 | CS | 5/LB | PACKER | H5842 | CARROT BABY W/ GRN TOP | 80 | 1 | OZ | .322 | 25.77 | 51.54 |
| | 2 | CS | 2/4 LB | EGLRDG | 50856 | TENDERLOIN BF WHL 4up CH WEIGHING 18.65 LBS @ N/STPSK IC 190A REF | 16 | 1 | OZ | 1.239 | 19.82 | 369.64 |

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

TAX

**CONTINUED**

PAY THIS AMOUNT
ALL PAYMENTS IN U.S. CURRENCY

CONTINUED TO PAGE    2

**Reinhart Foodservice, L.L.C.**
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757) 538-8000
(800) 868-4517

# Reinhart FOODSERVICE
*Get it right from us.*

Fed ID: ███████

Delv Date: 02/19/19

## Tidewater Division

\*\*\*\*\*\* I N V O I C E \*\*\*\*\*\*

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 02/19/19 | 686168 | 50 | 65849 |

| PHONE NO | TRIP | STOP | PAGE |
|---|---|---|---|
| 804-288-0100 | 330 | 010 | 2 |

SHIP TO:
TRAVINIA-RICHMOND
STE 800
1601 WILLOW LAWN DRI
RICHMOND VA 23230

SOLD TO:
TRAVINIA - BILL TO
301 MARKET CENTER DR
MORRISVILLE NC 27560

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

| QUANTITY | | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION | | | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORDER | SHIP | | | | | | # OF RU | OF UN | RC UN | | | |
| | 1 | CS | 15/LB | PCREEK | 50444 | BACON SNG/SL 18-22 GOLD APLWD D/SMKD GSFLS REF | 240 | 1 | OZ | .212 | 50.82 | 50.82 |
| | 1 | CS | 2/5 LB | HORMEL | A2596 | TOPPING BACON FC 1/2" | 160 | 1 | OZ | .387 | 61.87 | 61.87 |
| | 1 | CS | 4/10 LB | GRGFRM | H5666 | CHICK BRST 6-10oz N/BNSK | 640 | 1 | OZ | .175 | 112.07 | 112.07 |
| | 4 | CS | 20/LB | GRGFRM | 81112 | CHICK BRST BNLS 5oz S/L | 320 | 1 | OZ | .198 | 63.27 | 253.08 |
| | 1 | CS | 6/1 LB | PHILIP | HA420 | CRABMEAT BLUE JBO CUL | 96 | 1 | OZ | 1.277 | 122.57 | 122.57 |
| | 1 | CS | 36/1 LB | PACKER | DK238 | BUTTER SOLID UNSLT GRD AA | 576 | 1 | OZ | .171 | 98.39 | 98.39 |
| | 2 | CS | 6/8 OZ | BELGIO | T6370 | CHEESE MOZZ BURRATA BALL | 48 | 1 | OZ | .292 | 14.03 | 28.06 |
| | 1 | CS | 10/LB | CSMRKT | 27466 | CHEESE FONT WHEEL REF WEIGHING 11.30 LBS @ | 16 | 1 | OZ | .233 | 3.72 | 42.04 |
| | 1 | CS | 12/10.5 | SMRMAD | AR210 | CHEESE GOAT PLAIN LOG | 126 | 1 | OZ | .369 | 46.53 | 46.53 |
| | 1 | CS | 6/1 LB | GALBAN | MM596 | CHEESE MASCARPONE REF | 96 | 1 | OZ | .270 | 25.95 | 25.95 |
| B | 1 | CS | 4/5 LB | VILFRZ | 28038 | CHEESE PARM BLND GRATED IMP BAG REF | 320 | 1 | OZ | .191 | 61.19 | 61.19 |
| | 1 | CS | 6/3 LB | BELGIO | B6130 | CHEESE RICOTTA CON LATTE | 288 | 1 | OZ | .157 | 45.17 | 45.17 |
| B | 1 | CS | 15/2 LB | PAPTTI | 72916 | EGG LQ WHOLE PSTRZD | 480 | 1 | OZ | .092 | 44.14 | 44.14 |
| | 1 | CS | 6/1 LB | MINORS | J3088 | BASE CHICK N/MSG REF | 96 | 1 | OZ | .415 | 39.87 | 39.87 |
| | | | | | | \* \* FROZEN/ICE CREAM \* | | | | | | |
| B | 1 | CS | 4/5 LB | CULART | D2730 | BASE GLACE DE VEAU | 320 | 1 | OZ | .784 | 250.87 | 250.87 |
| | 1 | CS | 4/2 LB | JSPSTA | HN604 | STOCK RDCT LBSTER & SHFSH | 128 | 1 | OZ | .272 | 34.87 | 34.87 |
| | | | | | | \* RESTAURANT SUPPLY \* | | | | | | |
| | 1 | CS | 3/6.6 LB | ROLAND | PA360 | BREAD CRUMB PANKO | 316 | 1 | OZ | .123 | 38.97 | 38.97 |
| | 1 | CS | 12/CNT | ROLAND | PA358 | PASTA ORZO 17.6oz | 192 | 1 | OZ | .084 | 16.07 | 16.07 |
| | 1 | EA | 5/LB | CULSEC | J2870 | SALT SEASONING N/MSG | 80 | 1 | OZ | .207 | 16.54 | 16.54 |

COPY

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| 11 | 24 | 24 | 2 | 3 | | 64 | 1085 | 51 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

TAX

PAY THIS AMOUNT: **3,375.10**

ALL PAYMENTS IN U.S. CURRENCY

Reinhart Foodservice, L.L.C.
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757) 538-8000
(800) 868-4517

Fed ID: ███████

Delv Date: 02/22/19

# Reinhart FOODSERVICE
*Get it right from us.*

## Tidewater Division

****** I N V O I C E ******

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 02/22/19 | 687507 | 50 | 65849 |

| PHONE NO | TRIP | STOP | PAGE |
|---|---|---|---|
| 804-288-0100 | 310 | 010 | 1 |

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

SHIP TO:
TRAVINIA-RICHMOND
STE 800
1601 WILLOW LAWN DRI
RICHMOND VA 23230

SOLD TO:
TRAVINIA - BILL TO
301 MARKET CENTER DR
MORRISVILLE NC 27560

| QUANTITY | | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION | | | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORDER | SHIP | | | | | | # OF RU | OF UN | RC UN | | | |
| | | | | | | **\* \* \* DRY GOODS \* \* \*** | | | | | | |
| | 1 | CS | 120/CNT | BELINO | H2820 | CANNOLI SHELL SMALL .4 OZ | 120 | 1 | EA | .238 | 28.52 | 28.52 |
| | 1 | CS | 6/#10CAN | FULRED | 12172 | SAUCE TOMATO | 636 | 1 | OZ | .041 | 26.14 | 26.14 |
| | 1 | CS | 6/#10CAN | FULRED | B9726 | TOMATO DICED I/ JUICE | 612 | 1 | OZ | .044 | 27.04 | 27.04 |
| | 1 | CS | 6/#10CAN | FULRED | 12136 | TOMATO FIL PLD I/ JUICE | 636 | 1 | OZ | .042 | 26.44 | 26.44 |
| | 1 | CS | 2/10 LB | MRIELA | BW446 | PASTA CAPELLINI | 320 | 1 | OZ | .056 | 18.02 | 18.02 |
| | 1 | CS | 2/10 LB | MRIELA | T7028 | PASTA FETTUCCINE | 320 | 1 | OZ | .056 | 18.02 | 18.02 |
| B | 1 | CS | 4/1 GAL | SCHWRZ | T3542 | PEPPER BANANA RING MILD | 512 | 1 | OZ | .076 | 38.96 | 38.96 |
| | 1 | CS | 3/1 GAL | EVRICH | 71022 | OIL BUTTER ALTERNATIVE LQ ZTF JUG | 384 | 1 | OZ | .080 | 30.71 | 30.71 |
| | 1 | CS | 35/LB | EVRFRY | CA064 | OIL FRYING LQ CANOLA PREM HIGH OLEIC ZTF | 560 | 1 | OZ | .074 | 41.39 | 41.39 |
| | 1 | CS | 10/L | CRTOLV | B1740 | OIL OLIVE XVRGN 100% DOM | 320 | 1 | OZ | .285 | 91.35 | 91.35 |
| | 1 | EA | 5/LB | CULSEC | 24116 | PEPPER BLACK CAFE GRIND 20 MESH | 80 | 1 | OZ | .727 | 58.19 | 58.19 |
| | 1 | CS | 50/LB | CULSEC | 28182 | SUGAR GRNLTD CANE XFN BULK | 800 | 1 | OZ | .039 | 31.19 | 31.19 |
| | | | | | | **\* \* \* FROZEN \* \* \*** | | | | | | |
| | 1 | CS | 4/5 LB | FRERCH | AD648 | BEEF SHORT RIB BNLS CH WEIGHING 23.58 LBS @ | 16 | 1 | OZ | .514 | 8.23 | 194.06 |
| | 1 | CS | 2/5 LB | FONTAN | B9230 | SAUSAGE ITAL SWEET ROPE | 160 | 1 | OZ | .191 | 30.52 | 30.52 |
| | 1 | CS | 10/1 LB | HDNBAY | 13910 | MUSSEL IN SHL 23-29 CNT CKD VACPAK FZ | 160 | 1 | OZ | .140 | 22.43 | 22.43 |
| | 2 | CS | 2/5 LB | NAUTIF | 12430 | SCALLOP SEA DRY U-10 AMO WEIGHING 20.00 LBS @ IQF WILD | 160 | 1 | OZ | .096 | 15.31 | 306.20 |
| | 1 | CS | 3/GAL | BBUNNY | 77716 | ICE CREAM VAN BEAN FZ | 208 | 1 | OZ | .156 | 32.51 | 32.51 |
| | 1 | CS | 9/12 CNT | ROTELA | 91068 | ROLL DINNER SLIDER 3" SL | 108 | 1 | EA | .247 | 26.64 | 26.64 |
| | 8 | CS | 45/4.9OZ | ACEBKY | B5542 | BREAD FOCACCIA CLUSTER FZ | 45 | 1 | EA | .587 | 26.43 | 211.44 |
| | 1 | CS | 60/CNT | ACEBKY | HR620 | BREAD SCHIACCIATA HERB | 60 | 1 | EA | .610 | 36.57 | 36.57 |
| | 1 | CS | 12/2.5LB | BHRVST | 61002 | PEA GREEN GARDEN GRD A IQF | 480 | 1 | OZ | .069 | 33.05 | 33.05 |
| | 1 | CS | 2/3 LB | JOSEPH | AF270 | PASTA RAV PORTABELLO MR | 96 | 1 | OZ | .446 | 42.86 | 42.86 |
| | 1 | CS | 10/LB | JOSEPH | N5242 | PASTA SHEET FZ | 160 | 1 | OZ | .165 | 26.39 | 26.39 |
| | 1 | CS | 12/1 LB | GLDNTG | V3598 | WONTON WRAPPER 3.5x3.5 FZ | 192 | 1 | OZ | .126 | 24.21 | 24.21 |
| | 2 | CS | 24/LB | JOSEPH | BK680 | RISOTTO CHICK BRTH KIT | 384 | 1 | OZ | .139 | 53.49 | 106.98 |
| | 1 | CS | 2/5 LB | VILFRZ | 17730 | TOPPING PIZ SAU ITAL FC AVG 12 cnt/OZ FZ | 160 | 1 | OZ | .173 | 27.65 | 27.65 |

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, any inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

TAX

**CONTINUED**

PAY THIS AMOUNT
ALL PAYMENTS IN U.S. CURRENCY

CONTINUED TO PAGE    2

**Reinhart Foodservice, L.L.C.**
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757)538-8000
(800)868-4517

# Reinhart FOODSERVICE
*Get it right from us.*

Fed ID: ███████

Delv Date: 02/22/19

## Tidewater Division

****** I N V O I C E ******

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 02/22/19 | 687507 | 50 | 65849 |

| PHONE NO | TRIP | STOP | PAGE |
|---|---|---|---|
| 804-288-0100 | 310 | 010 | 2 |

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

SHIP TO:
TRAVINIA-RICHMOND
STE 800
1601 WILLOW LAWN DRI
RICHMOND VA 23230

SOLD TO:
TRAVINIA - BILL TO
301 MARKET CENTER DR
MORRISVILLE NC 27560

| QUANTITY ORDER | QUANTITY SHIP | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION # RU | PORTION OF UN | PORTION RC UN | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | CS | 6/4 LB | JOSEPH | B9424 | SAUCE CREAM FZ | 384 | 1 | OZ | .114 | 43.59 | 87.18 |
| | 1 | CS | 5/2 LB | DIRSRC | CM342 | SHRIMP WHITE VANNAMEI | 160 | 1 | OZ | .345 | 55.26 | 55.26 |
| | | | | | | * * REFRIGERATED * * * | | | | | | |
| | 1 | CS | 10/LB | GDROOT | 25686 | TOMATO CHERRY BULK FRESH | 160 | 1 | OZ | .133 | 21.22 | 21.22 |
| | 1 | CS | 2/5 LB | RPRCUT | T8886 | SQUASH BTRNUT DC 3/4" | 160 | 1 | OZ | .233 | 37.27 | 37.27 |
| | 1 | CS | 4/5 LB | PACKER | M3590 | BRUSSEL SPRT CLN & TRMD | 320 | 1 | OZ | .146 | 46.59 | 46.59 |
| | 1 | CS | 5/LB | PACKER | H5842 | CARROT BABY W/ GRN TOP | 80 | 1 | OZ | .322 | 25.77 | 25.77 |
| | 1 | CS | 4/5 LB | PACKER | E9178 | GARLIC WHOLE PEELED | 320 | 1 | OZ | .113 | 36.02 | 36.02 |
| B | 2 | CS | 2/4 LB | EGLRDG | 50856 | TENDERLOIN BF WHL 4up CH WEIGHING  18.15 LBS @ N/STPSK IC 190A REF | 16 | 1 | OZ | 1.239 | 19.82 | 359.73 |
| | 1 | CS | 2/5 LB | HORMEL | A2596 | TOPPING BACON FC 1/2" | 160 | 1 | OZ | .387 | 61.87 | 61.87 |
| | 1 | CS | 14/12 OZ | EGLRDG | 70886 | PORK CHOP 12oz BN/IN WEIGHING  10.95 LBS @ FRCHD 1 BONE IC REF | 16 | 1 | OZ | .400 | 6.40 | 70.08 |
| | 1 | CS | 16/HEAD | GRGFRM | M3036 | CHICK WHL WOG AVG 3LB RAW WEIGHING  51.71 LBS @ | 16 | 1 | OZ | .066 | 1.05 | 54.30 |
| | 1 | CS | 4/10 LB | GRGFRM | H5666 | CHICK BRST 6-10oz N/BNSK | 640 | 1 | OZ | .175 | 112.07 | 112.07 |
| | 2 | CS | 20/LB | GRGFRM | 81112 | CHICK BRST BNLS 5oz S/L | 320 | 1 | OZ | .198 | 63.27 | 126.54 |
| | 1 | CS | 6/1 LB | PHILIP | HA420 | CRABMEAT BLUE JBO CUL | 96 | 1 | OZ | 1.277 | 122.57 | 122.57 |
| | 1 | CS | 6/8 OZ | BELGIO | T6370 | CHEESE MOZZ BURRATA BALL | 48 | 1 | OZ | .292 | 14.03 | 14.03 |
| | 1 | CS | 6/5 LB | GALBAN | 77262 | CHEESE BLND MOZZ/PROV SHD | 480 | 1 | OZ | .136 | 65.12 | 65.12 |
| | 1 | CS | 6/3 LB | BELGIO | B6130 | CHEESE RICOTTA CON LATTE | 288 | 1 | OZ | .157 | 45.17 | 45.17 |
| | 1 | CS | 15/2 LB | PAPTTI | 73386 | EGG LQ YOLK N/M&W NSA | 480 | 1 | OZ | .106 | 51.00 | 51.00 |
| | 1 | CS | 4/5 LB | DAISY | B4238 | SOUR CREAM CULTURED 18% | 320 | 1 | OZ | .079 | 25.17 | 25.17 |
| | 1 | CS | 12/32 OZ | CNRSTN | HV430 | CREAM HEAVY 36% REF | 384 | 1 | OZ | .114 | 43.64 | 43.64 |
| | | | | | | * * FROZEN/ICE CREAM * * | | | | | | |
| | 1 | CS | 6/2.5 LB | SMPLOT | B4454 | BEAN GREEN HARVER | 240 | 1 | OZ | .120 | 28.68 | 28.68 |
| | | | | | | * RESTAURANT SUPPLY * | | | | | | |
| | 1 | CS | 2/10 LB | MRIELA | BW448 | PASTA LINGUINE BRONZE DIE | 320 | 1 | OZ | .056 | 17.87 | 17.87 |
| | 1 | CS | 12/CNT | ROLAND | PA358 | PASTA ORZO 17.6oz | 192 | 1 | OZ | .084 | 16.07 | 16.07 |
| | 1 | EA | 36/OZ | CULSEC | 24096 | SALT ONION | 36 | 1 | OZ | .260 | 9.35 | 9.35 |

COPY

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| 12 | 26 | 20 | 1 | 3 | | 62 | 1134 | 53 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

TAX

**3,090.05**

PAY THIS AMOUNT
ALL PAYMENTS IN U.S. CURRENCY

Reinhart Foodservice, L.L.C.
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757) 538-8000
(800) 868-4517

**Reinhart FOODSERVICE**
*Get it right from us.*

Fed ID: ▇▇▇▇▇

Delv Date: 02/26/19

## Tidewater Division

###### ****** INVOICE ******

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 02/26/19 | 688310 | 50 | 65849 |

| | | | | |
|---|---|---|---|---|
| SHIP TO | TRAVINIA-RICHMOND<br>STE 800<br>1601 WILLOW LAWN DRI<br>RICHMOND VA 23230 | SOLD TO | TRAVINIA - BILL TO<br>301 MARKET CENTER DR<br>MORRISVILLE NC 27560 | PHONE NO: 804-288-0100  TRIP 330  STOP 040  PAGE 1<br>TERMS: 45 Day<br>SLM: 50 SANDERS, JOYCE |

| QUANTITY | | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION | | | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORDER | SHIP | | | | | | # OF RU | RC UN | UN | | | |

|  |  |  |  |  |  | *** DRY GOODS *** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | CS | 9/.5 GAL | DAILY | 23694 | DRINK MIX SWEET & SOUR | 576 | 1 | OZ | | .092 | 53.03 | 53.03 |
|  | 1 | CS | 5/GAL | COKE | 28372 | BEV SYRUP COCA COLA BGBX | 640 | 1 | OZ | | .130 | 83.17 | 83.17 |
| B | 1 | *** | 1/.5 GAL | BHRVST | 16559 | CHERRY MAR W/ STEM LG | 64 | 1 | OZ | | .218 | 13.97 | 13.97 |
|  | 2 | CS | 6/#10CAN | FULRED | 12172 | SAUCE TOMATO | 636 | 1 | OZ | | .041 | 26.14 | 52.28 |
|  | 2 | CS | 6/#10CAN | FULRED | B9726 | TOMATO DICED I/ JUICE | 612 | 1 | OZ | | .044 | 27.04 | 54.08 |
|  | 1 | CS | 6/#10CAN | FULRED | 12136 | TOMATO FIL PLD I/ JUICE | 636 | 1 | OZ | | .042 | 26.44 | 26.44 |
|  | 1 | CS | 2/#10CAN | ROLAND | AW490 | PEPPER RD SWT PETITE | 320 | 1 | OZ | | .107 | 34.17 | 34.17 |
|  | 1 | CS | 2/10 LB | MRIELA | BW446 | PASTA CAPELLINI | 320 | 1 | OZ | | .056 | 18.02 | 18.02 |
|  | 1 | CS | 20/1 LB | LORO | MJ556 | PASTA CAVATAPPI | 320 | 1 | OZ | | .056 | 18.02 | 18.02 |
|  | 1 | CS | 2/10 LB | MRIELA | BA786 | PASTA FARFALLE BRONZE DIE | 320 | 1 | OZ | | .056 | 18.02 | 18.02 |
|  | 1 | CS | 2/10 LB | MRIELA | T7028 | PASTA FETTUCCINE | 320 | 1 | OZ | | .056 | 18.02 | 18.02 |
|  | 1 | CS | 2/10 LB | MRIELA | BW450 | PASTA SPAGHETTI BRONZE | 320 | 1 | OZ | | .056 | 18.02 | 18.02 |
| B | 1 | CS | 4/1 GAL | SCHWRZ | T3542 | PEPPER BANANA RING MILD | 512 | 1 | OZ | | .076 | 38.96 | 38.96 |
| B | 1 | CS | 4/1 GAL | CULSEC | 24574 | MAYONNAISE CRMY HVYDTY | 512 | 1 | OZ | | .054 | 27.90 | 27.90 |
|  | 1 | CS | 2/5 L | VILFRZ | F6472 | VINEGAR BALSAMIC MODENA | 336 | 1 | OZ | | .097 | 32.69 | 32.69 |
|  | 1 | CS | 3/1 GAL | EVRICH | 71022 | OIL BUTTER ALTERNATIVE LQ ZTF JUG | 384 | 1 | OZ | | .080 | 30.71 | 30.71 |
|  | 1 | CS | 35/LB | EVRFRY | CA064 | OIL FRYING LQ CANOLA PREM HIGH OLEIC ZTF | 560 | 1 | OZ | | .074 | 41.39 | 41.39 |
|  | 1 | CS | 6/1 GAL | STEVIE | T2570 | OIL CANOLA/OLIVE 80/20 | 768 | 1 | OZ | | .086 | 66.34 | 66.34 |
|  | 1 | CS | 10/L | CRTOLV | B1740 | OIL OLIVE XVRGN 100% DOM | 320 | 1 | OZ | | .285 | 91.35 | 91.35 |
|  | 1 | CS | 5/LB | FISHER | E0620 | PECAN HALVES LG FCY RAW | 80 | 1 | OZ | | .655 | 52.42 | 52.42 |
|  | 1 | EA | 24/OZ | CULSEC | 24252 | OREGANO LEAVES WHOLE BULK | 24 | 1 | OZ | | 1.024 | 24.58 | 24.58 |
|  | 1 | EA | 11/OZ | CULSEC | 24198 | PARSLEY FLAKES | 11 | 1 | OZ | | 1.394 | 15.33 | 15.33 |
|  | 1 | CS | 12/3 LB | DIACRY | 33428 | SALT KOSHER BOX | 576 | 1 | OZ | | .061 | 34.95 | 34.95 |
|  | 1 | CS | 12/28 OZ | BASIC | 31176 | POTATO MASHED BTR REG | 336 | 1 | OZ | | .173 | 58.24 | 58.24 |
|  |  |  |  |  |  | *** FROZEN *** | | | | | | |
|  | 1 | CS | 4/5 LB | FRERCH | AD648 | BEEF SHORT RIB BNLS CH<br>  WEIGHING   28.44 LBS @ | 16 | 1 | OZ | | .514 | 8.23 | 234.06 |
|  | 2 | CS | 2/5 LB | FONTAN | B9230 | SAUSAGE ITAL SWEET ROPE | 160 | 1 | OZ | | .191 | 30.52 | 61.04 |
|  | 3 | CS | 4/2.5 LB | PANPES | R4452 | CALAMARI T&T 3-5" FCLN | 160 | 1 | OZ | | .441 | 70.61 | 211.83 |
|  | 1 | CS | 10/LB | HDNBAY | 16190 | SWORDFISH STK 8 oz BNLS SKON VACPAK FZ | 160 | 1 | OZ | | .459 | 73.39 | 73.39 |
|  | 1 | CS | 10/LB | HDNBAY | 11244 | TILAPIA FIL 7-9 OZ SHLW SKND IVP FZ | 160 | 1 | OZ | | .205 | 32.85 | 32.85 |
|  | 3 | CS | 10/1 LB | HDNBAY | 13910 | MUSSEL IN SHL 23-29 CNT CKD VACPAK FZ | 160 | 1 | OZ | | .140 | 22.43 | 67.29 |

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE | | TAX | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received." | | CONTINUED |

CONTINUED TO PAGE 2

PAY THIS AMOUNT
ALL PAYMENTS IN U.S. CURRENCY

Reinhart Foodservice, L.L.C.
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757) 538-8000
(800) 868-4517

Fed ID: ▮▮▮▮▮▮▮

Delv Date: 02/26/19

# Reinhart FOODSERVICE
*Get it right from us.*

## Tidewater Division

****** I N V O I C E ******

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 02/26/19 | 688310 | 50 | 65849 |
| PHONE NO | | TRIP | STOP | PAGE |
| 804-288-0100 | | 330 | 040 | 2 |

SHIP TO:
TRAVINIA-RICHMOND
STE 800
1601 WILLOW LAWN DRI
RICHMOND VA 23230

SOLD TO:
TRAVINIA - BILL TO
301 MARKET CENTER DR
MORRISVILLE NC 27560

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

| QUANTITY | | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION | | | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORDER | SHIP | | | | | | # OF RU | 1 OF UN | RC UN | | | |
| | 1 | CS | 2/5 LB | NAUTIF | 12430 | SCALLOP SEA DRY U-10 AMO | 160 | 1 | OZ | .096 | | |
| | | | | | | WEIGHING     10.00 LBS @ IQF WILD | | | | | 15.31 | 153.10 |
| | 1 | CS | 9/12 CNT | ROTELA | 91068 | ROLL DINNER SLIDER 3" SL | 108 | 1 | EA | .247 | 26.64 | 26.64 |
| | 1 | CS | 20/CNT | ACEBKY | BP190 | BAGUETTE 21" PARBKD FZ | 20 | 1 | EA | 1.512 | 30.23 | 30.23 |
| | 12 | CS | 45/4.9OZ | ACEBKY | B5542 | BREAD FOCACCIA CLUSTER FZ | 45 | 1 | EA | .587 | 26.43 | 317.16 |
| | 3 | CS | 60/CNT | ACEBKY | HR620 | BREAD SCHIACCIATA HERB | 60 | 1 | EA | .610 | 36.57 | 109.71 |
| | 1 | CS | 10/32 OZ | BRICKF | 13936 | BREAD TEXAS TOAST WHITE 3/4" 20 SL FZ | 200 | 1 | EA | .176 | 35.15 | 35.15 |
| | 1 | CS | 4/45 OZ | SWTSTR | 64610 | BAR VRTY #1 8x12 UNSL | 180 | 1 | OZ | .361 | 65.04 | 65.04 |
| | 1 | CS | 4/84 OZ | KNGCHS | AR968 | CAKE DEVILS FUDGE 10" | 336 | 1 | OZ | .266 | 89.31 | 89.31 |
| | 2 | CS | 2/3 LB | JOSEPH | AF270 | PASTA RAV PORTABELLO MR | 96 | 1 | OZ | .446 | 42.86 | 85.72 |
| | 1 | CS | 10/LB | JOSEPH | N5242 | PASTA SHEET FZ | 160 | 1 | OZ | .165 | 26.39 | 26.39 |
| | 4 | CS | 2/3 LB | JOSEPH | 26836 | RAVIOLI LOBSTER SAFFRON | 96 | 1 | OZ | .898 | 86.18 | 344.72 |
| | 2 | CS | 2/3 LB | JOSEPH | A7420 | RAVIOLI SAU BROCLN LG SQ | 96 | 1 | OZ | .457 | 43.91 | 87.82 |
| | 1 | CS | 12/1 LB | GLDNTG | V3598 | WONTON WRAPPER 3.5x3.5 FZ | 192 | 1 | OZ | .126 | 24.27 | 24.27 |
| | 2 | CS | 24/LB | JOSEPH | BK680 | RISOTTO CHICK BRTH KIT | 384 | 1 | OZ | .139 | 53.49 | 106.98 |
| | 7 | CS | 6/4 LB | JOSEPH | B9424 | SAUCE CREAM FZ | 384 | 1 | OZ | .114 | 43.59 | 305.13 |
| | 2 | CS | 5/2 LB | DIRSRC | CM342 | SHRIMP WHITE VANNAMEI | 160 | 1 | OZ | .345 | 55.26 | 110.52 |
| | | | | | | * * REFRIGERATED * * * | | | | | | |
| | 1 | CS | 10/LB | GDROOT | 25686 | TOMATO CHERRY BULK FRESH | 160 | 1 | OZ | .133 | 21.22 | 21.22 |
| | 2 | CS | 4/5 LB | PACKER | M3590 | BRUSSEL SPRT CLN & TRMD | 320 | 1 | OZ | .146 | 46.59 | 93.18 |
| 2 | 1 | CS | 5/LB | PACKER | H5842 | CARROT BABY W/ GRN TOP | 80 | 1 | OZ | .322 | 25.77 | 25.77 |
| | 1 | CS | 50/LB | MRKESS | R6408 | POTATO 6 OZAVG IDH RUS #2 CONTRACT PRICE FRESH | 800 | 1 | OZ | .024 | 18.89 | 18.89 |
| | 1 | CS | 2/4 LB | EGLRDG | 50856 | TENDERLOIN BF WHL 4up CH | 16 | 1 | OZ | 1.239 | | |
| | | | | | | WEIGHING     10.00 LBS @ N/STPSK IC 190A REF | | | | | 19.82 | 198.20 |
| 1 | | CS | 12/3 OZ | FLORCI | R5728 | HAM PRSCTO PSLCD 3oz ROUT | 36 | 1 | OZ | 1.016 | | |
| | 1 | CS | 5/16 OZ | DANIEL | HP896 | PANCETTA SLCD 5/16 OZ EA | 80 | 1 | OZ | .517 | 41.36 | 41.36 |
| | 1 | CS | 16/HEAD | GRGFRM | M3036 | CHICK WHL WOG AVG 3LB RAW | 16 | 1 | OZ | .066 | | |
| | | | | | | WEIGHING     52.00 LBS @ | | | | | 1.05 | 54.60 |
| | 1 | CS | 4/10 LB | GRGFRM | H5666 | CHICK BRST 6-10oz N/BNSK | 640 | 1 | OZ | .175 | 112.07 | 112.07 |
| | 8 | CS | 20/LB | GRGFRM | 81112 | CHICK BRST BNLS 5oz S/L | 320 | 1 | OZ | .198 | 63.27 | 506.16 |
| | 2 | CS | 6/1 LB | PHILIP | HA420 | CRABMEAT BLUE JBO CUL | 96 | 1 | OZ | 1.277 | 122.57 | 245.14 |
| | 1 | CS | 36/1 LB | PACKER | DK238 | BUTTER SOLID UNSLT GRD AA | 576 | 1 | OZ | .171 | 98.39 | 98.39 |
| | 1 | CS | 6/8 OZ | BELGIO | T6370 | CHEESE MOZZ BURRATA BALL | 48 | 1 | OZ | .292 | 14.03 | 14.03 |
| | 2 | CS | 6/5 LB | GALBAN | 77262 | CHEESE BLND MOZZ/PROV SHD | 480 | 1 | OZ | .140 | 67.22 | 134.44 |
| | 1 | CS | 2/6 LB | RTHKSE | AV524 | CHEESE BLUE BTRMLK WHEEL | 16 | 1 | OZ | .417 | | |
| | | | | | | WEIGHING     13.78 LBS @ | | | | | 6.67 | 91.91 |

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.*

TAX

CONTINUED

PAY THIS AMOUNT ↑
ALL PAYMENTS IN U.S. CURRENCY

CONTINUED TO PAGE    3

Reinhart Foodservice, L.L.C.
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757)538-8000
(800)868-4517

Fed ID: █████████

Delv Date: 02/26/19

# Reinhart FOODSERVICE
*Get it right from us.*

## Tidewater Division

\*\*\*\*\*\* I N V O I C E \*\*\*\*\*\*

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 02/26/19 | 688310 | 50 | 65849 |

| PHONE NO | TRIP | STOP | PAGE |
|---|---|---|---|
| 804-288-0100 | 330 | 040 | 3 |

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

| SHIP TO | SOLD TO |
|---|---|
| TRAVINIA-RICHMOND<br>STE 800<br>1601 WILLOW LAWN DRI<br>RICHMOND VA 23230 | TRAVINIA - BILL TO<br>301 MARKET CENTER DR<br>MORRISVILLE NC 27560 |

| QUANTITY | | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION | | | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORDER | SHIP | | | | | | # OF RU | RC UN | UN | | | |
| B | 1 | CS | 12/10.5 | SMRMAD | AR210 | CHEESE GOAT PLAIN LOG | 126 | 1 | OZ | .369 | 46.53 | 46.53 |
|  | 1 | CS | 15/2 LB | PAPTTI | 72916 | EGG LQ WHOLE PSTRZD | 480 | 1 | OZ | .092 | 44.14 | 44.14 |
|  | 1 | CS | 12/32 OZ | CNRSTN | HV426 | CREAMER HALF & HALF REF | 384 | 1 | OZ | .063 | 24.19 | 24.19 |
|  | 1 | CS | 12/32 OZ | CNRSTN | HV430 | CREAM HEAVY 36% REF | 384 | 1 | OZ | .114 | 43.64 | 43.64 |
|  | 2 | CS | 5/LB | VILFRZ | G5450 | TOMATO SUN DRIED STRIPS JULIENNE RTU IMP REF | 80 | 1 | OZ | .266 | 21.30 | 42.60 |
|  |  |  |  |  |  | \* \* FROZEN/ICE CREAM \* |  |  |  |  |  |  |
|  | 1 | CS | 8/5 LB | IBP | A1754 | BEEF & PORK GR 83/17 FZ WEIGHING 40.40 LBS @ | 16 | 1 | OZ | .112 | 1.79 | 72.32 |
|  | 1 | CS | 2/5 LB | PACKER | N3928 | BLUEBERRY WHL CULTIVATED | 160 | 1 | OZ | .111 | 17.72 | 17.72 |
|  | 2 | CS | 4/2 LB | JSPSTA | HN604 | STOCK RDCT LBSTER & SHFSH | 128 | 1 | OZ | .272 | 34.87 | 69.74 |
|  |  |  |  |  |  | \* RESTAURANT SUPPLY \* |  |  |  |  |  |  |
|  | 1 | CS | 12/32 OZ | OCSPRY | 13416 | JUICE CRAN CKTL 27% PLST | 384 | 1 | OZ | .068 | 26.00 | 26.00 |
|  | 1 | CS | 24/16.9 | SANPEL | H2550 | WATER MINERAL | 406 | 1 | OZ | .054 | 22.07 | 22.07 |
|  | 1 | CS | 3/6.6 LB | ROLAND | PA360 | BREAD CRUMB PANKO | 316 | 1 | OZ | .123 | 38.97 | 38.97 |
| B | 1 | CS | 6/32 OZ | VILFRZ | 10198 | CAPER NONPAREIL IMPORT PLST | 192 | 1 | OZ | .294 | 56.49 | 56.49 |
|  | 1 | CS | 10/17.6 | ROLAND | A9294 | BISCUIT LADY FINGER 4" | 176 | 1 | OZ | .199 | 35.07 | 35.07 |
|  | 1 | CS | 2/10 LB | MRIELA | BW448 | PASTA LINGUINE BRONZE DIE | 320 | 1 | OZ | .056 | 17.87 | 17.87 |
|  | 1 | CS | 12/CNT | ROLAND | PA358 | PASTA ORZO 17.6oz | 192 | 1 | OZ | .084 | 16.07 | 16.07 |
|  | 1 | CS | 2/10 LB | MRIELA | MJ554 | PASTA RIGATONI BRONZE DIE | 320 | 1 | OZ | .056 | 18.02 | 18.02 |
|  | 1 | CS | 12/15 OZ | L&P | 18910 | SAUCE STEAK TRADITIONAL | 180 | 1 | OZ | .241 | 43.45 | 43.45 |
| B | 1 | \*\*\* | 1/1 GAL | MIYAKO | 16903 | GINGER PICKLED PINK SL | 128 | 1 | OZ | .192 | 24.63 | 24.63 |
|  | 1 | EA | 16/OZ | CULSEC | 24188 | PAPRIKA GROUND | 16 | 1 | OZ | .613 | 9.80 | 9.80 |
|  | 1 | EA | 19.5/OZ | CULSEC | 24234 | PEPPER BLACK WHOLE | 20 | 1 | OZ | .905 | 18.10 | 18.10 |
| B | 1 | \*\*\* | 1/5 LB | CULSEC | 22149 | HONEY EXTRA LIGHT AMBER GRD A 51% DOM | 80 | 1 | OZ | .210 | 16.77 | 16.77 |

COPY

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| 26 | 53 | 30 | 4 | 13 |  | 126 | 2262 | 110 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

TAX

**5,880.00**

PAY THIS AMOUNT

ALL PAYMENTS IN U.S. CURRENCY

```
Reinhart Foodservice, L.L.C.
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757)538-8000
(800)868-4517

Fed ID: ███████

Delv Date: 03/01/19
```

# Reinhart FOODSERVICE
*Get it right from us.*

## Tidewater Division

****** I N V O I C E ******

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 03/01/19 | 689388 | 50 | 65849 |

| PHONE NO | TRIP | STOP | PAGE |
|---|---|---|---|
| 804-288-0100 | 310 | 030 | 1 |

```
SHIP TO:                          SOLD TO:
TRAVINIA-RICHMOND                 TRAVINIA - BILL TO
STE 800                           301 MARKET CENTER DR
1601 WILLOW LAWN DRI
RICHMOND VA 23230                 MORRISVILLE NC 27560
```

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

| QUANTITY | | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION | | | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORDER | SHIP | | | | | | # OF RU | 1 UN | RC UN | | | |
| | | | | | | *** DRY GOODS *** | | | | | | |
| | 1 | CS | 5/GAL | COKE | 28374 | BEV SYRUP DIET COKE BGBX | 640 | 1 | OZ | | .130 | 83.17 | 83.17 |
| | 1 | CS | 6/#10CAN | FULRED | 12172 | SAUCE TOMATO | 636 | 1 | OZ | | .041 | 26.14 | 26.14 |
| | 1 | CS | 6/#10CAN | FULRED | B9726 | TOMATO DICED I/ JUICE | 612 | 1 | OZ | | .044 | 27.04 | 27.04 |
| | 1 | CS | 6/#10CAN | FULRED | 12136 | TOMATO FIL PLD I/ JUICE | 636 | 1 | OZ | | .042 | 26.44 | 26.44 |
| | 1 | CS | 2/10 LB | MRIELA | BW446 | PASTA CAPELLINI | 320 | 1 | OZ | | .056 | 18.02 | 18.02 |
| | 1 | CS | 2/10 LB | MRIELA | T7028 | PASTA FETTUCCINE | 320 | 1 | OZ | | .056 | 18.02 | 18.02 |
| | 1 | CS | 2/10 LB | MRIELA | BW450 | PASTA SPAGHETTI BRONZE | 320 | 1 | OZ | | .056 | 18.02 | 18.02 |
| | 1 | CS | 6/#10CAN | ASGCLS | F9144 | OLIVE  RIPE BLACK SLICED | 720 | 1 | OZ | | .047 | 33.91 | 33.91 |
| | 1 | CS | 35/LB | EVRFRY | CA064 | OIL FRYING LQ CANOLA PREM HIGH OLEIC ZTF | 560 | 1 | OZ | | .074 | 41.39 | 41.39 |
| | 1 | CS | 5/LB | FISHER | E0620 | PECAN HALVES LG FCY RAW | 80 | 1 | OZ | | .655 | 52.42 | 52.42 |
| | 1 | CS | 12/2 LB | DOMINO | J3166 | SUGAR BROWN LIGHT CANE | 384 | 1 | OZ | | .069 | 26.58 | 26.58 |
| | 1 | CS | 1/CNT | PROPAK | G3326 | FILM PLST 18x2000 ROLL FDSVC CUTR BOX W/ SLDCTR | 1 | 1 | EA | 21.000 | ** | 21.00 | 21.00 |
| B | 1 | CS | 2/25 LB | CULSEC | 27636 | FLOUR ALPRP H&R BLCH ENR | 800 | 1 | OZ | | .021 | 16.90 | 16.90 |
| | 1 | CS | 50/LB | CULSEC | 28182 | SUGAR GRNLTD CANE XFN BULK | 800 | 1 | OZ | | .039 | 31.19 | 31.19 |
| | | | | | | *** FROZEN *** | | | | | | |
| | 2 | CS | 4/2.5 LB | PANPES | R4452 | CALAMARI T&T 3-5" FCLN | 160 | 1 | OZ | | .441 | 70.61 | 141.22 |
| | 1 | CS | 10/1 LB | HDNBAY | 13910 | MUSSEL IN SHL 23-29 CNT CKD VACPAK FZ | 160 | 1 | OZ | | .140 | 22.43 | 22.43 |
| | 1 | CS | 2/5 LB | NAUTIF | 12430 | SCALLOP SEA DRY U-10 AMO WEIGHING 10.00 LBS @ IQF WILD | 160 | 1 | OZ | | .096 | 15.31 | 153.10 |
| | 1 | CS | 3/GAL | BBUNNY | 77716 | ICE CREAM VAN BEAN FZ | 208 | 1 | OZ | | .156 | 32.51 | 32.51 |
| | 1 | CS | 9/12 CNT | ROTELA | 91068 | ROLL DINNER SLIDER 3" SL | 108 | 1 | EA | | .247 | 26.64 | 26.64 |
| | 1 | CS | 20/CNT | ACEBKY | BP190 | BAGUETTE 21" PARBKD FZ | 20 | 1 | EA | | 1.512 | 30.23 | 30.23 |
| | 8 | CS | 45/4.9OZ | ACEBKY | B5542 | BREAD FOCACCIA CLUSTER FZ | 45 | 1 | EA | | .587 | 26.43 | 211.44 |
| | 1 | CS | 16/LB | BRICKF | 17858 | DOUGH CKY CHOCHIP PR/P BS AVG 170/1.5 OZ FZ | 256 | 1 | OZ | | .124 | 31.83 | 31.83 |
| | 1 | CS | 2/3 LB | JOSEPH | AF270 | PASTA RAV PORTABELLO MR | 96 | 1 | OZ | | .446 | 42.86 | 42.86 |
| | 2 | CS | 2/3 LB | JOSEPH | 26836 | RAVIOLI LOBSTER SAFFRON | 96 | 1 | OZ | | .898 | 86.18 | 172.36 |
| | 2 | CS | 24/LB | JOSEPH | BK680 | RISOTTO CHICK BRTH KIT | 384 | 1 | OZ | | .139 | 53.49 | 106.98 |
| | 1 | CS | 2/5 LB | VILFRZ | 17730 | TOPPING PIZ SAU ITAL FC AVG 12 cnt/OZ FZ | 160 | 1 | OZ | | .173 | 27.65 | 27.65 |
| | 4 | CS | 6/4 LB | JOSEPH | B9424 | SAUCE CREAM FZ | 384 | 1 | OZ | | .114 | 43.59 | 174.36 |
| | 2 | CS | 5/2 LB | DIRSRC | CM342 | SHRIMP WHITE VANNAMEI | 160 | 1 | OZ | | .345 | 55.26 | 110.52 |

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

TAX

CONTINUED

PAY THIS AMOUNT
ALL PAYMENTS IN U.S. CURRENCY

CONTINUED TO PAGE 2

Reinhart Foodservice, L.L.C.
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757)538-8000
(800)868-4517

# Reinhart FOODSERVICE
*Get it right from us.*

Fed ID: ███████

Delv Date: 03/01/19

## Tidewater Division

****** I N V O I C E ******

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 03/01/19 | 689388 | 50 | 65849 |
| PHONE NO | TRIP | STOP | PAGE |
| 804-288-0100 | 310 | 030 | 2 |

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

SHIP TO:
TRAVINIA-RICHMOND
STE 800
1601 WILLOW LAWN DRI
RICHMOND VA 23230

SOLD TO:
TRAVINIA - BILL TO
301 MARKET CENTER DR
MORRISVILLE NC 27560

| QUANTITY ORDER | SHIP | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION # OF RU | 1 UN | RC UN | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **  REFRIGERATED  *** | | | | | | |
| | 1 | CS | 10/LB | GDROOT | 25686 | TOMATO CHERRY BULK FRESH | 160 | 1 | OZ | | .133 | 21.22 | 21.22 |
| | 1 | CS | 2/5 LB | RPRCUT | T8886 | SQUASH BTRNUT DC 3/4" | 160 | 1 | OZ | | .233 | 37.27 | 37.27 |
| | 1 | CS | 4/5 LB | PACKER | M3590 | BRUSSEL SPRT CLN & TRMD | 320 | 1 | OZ | | .146 | 46.59 | 46.59 |
| | 2 | CS | 5/LB | PACKER | H5842 | CARROT BABY W/ GRN TOP | 80 | 1 | OZ | | .322 | 25.77 | 51.54 |
| | 1 | CS | 2/4 LB | EGLRDG | 50856 | TENDERLOIN BF WHL 4up CH | 16 | 1 | OZ | | 1.239 | | |
| | | | | | | WEIGHING    9.08 LBS @ | | | | | | 19.82 | 179.97 |
| | | | | | | N/STPSK IC 190A REF | | | | | | | |
| | 1 | CS | 16/HEAD | GRGFRM | M3036 | CHICK WHL WOG AVG 3LB RAW | 16 | 1 | OZ | | .066 | | |
| | | | | | | WEIGHING    52.00 LBS @ | | | | | | 1.05 | 54.60 |
| | 5 | CS | 20/LB | GRGFRM | 81112 | CHICK BRST BNLS 5oz S/L | 320 | 1 | OZ | | .198 | 63.27 | 316.35 |
| | 1 | CS | 6/1 LB | PHILIP | HA420 | CRABMEAT BLUE JBO CUL | 96 | 1 | OZ | | 1.277 | 122.57 | 122.57 |
| | 1 | CS | 36/1 LB | PACKER | DK238 | BUTTER SOLID UNSLT GRD AA | 576 | 1 | OZ | | .171 | 98.39 | 98.39 |
| | 1 | CS | 6/8 OZ | BELGIO | T6370 | CHEESE MOZZ BURRATA BALL | 48 | 1 | OZ | | .292 | 14.03 | 14.03 |
| | 1 | CS | 6/5 LB | GALBAN | 77262 | CHEESE BLND MOZZ/PROV SHD | 480 | 1 | OZ | | .140 | 67.22 | 67.22 |
| | 1 | CS | 6/1 LB | GALBAN | MM596 | CHEESE MASCARPONE REF | 96 | 1 | OZ | | .270 | 25.95 | 25.95 |
| B | 1 | CS | 4/5 LB | VILFRZ | 28038 | CHEESE PARM BLND GRATED | 320 | 1 | OZ | | .192 | 61.55 | 61.55 |
| | | | | | | IMP BAG REF | | | | | | | |
| | 1 | CS | 15/DZ | FAIRMD | L3694 | EGG SHL ON WHTE LG GRD AA | 180 | 1 | EA | | .096 | 17.27 | 17.27 |
| | | | | | | LOOSE PACK REF | | | | | | | |
| | 1 | CS | 12/32 OZ | CNRSTN | HV430 | CREAM HEAVY 36% REF | 384 | 1 | OZ | | .114 | 43.64 | 43.64 |
| | 1 | CS | 12/8.8OZ | LOVBTS | R8546 | BEETS CKD RTU REF | 105 | 1 | OZ | | .196 | 20.53 | 20.53 |
| | 1 | CS | 5/LB | VILFRZ | G5450 | TOMATO SUN DRIED STRIPS | 80 | 1 | OZ | | .266 | 21.30 | 21.30 |
| | | | | | | JULIENNE RTU IMP REF | | | | | | | |
| | 1 | CS | 5/16 OZ | DANIEL | L9758 | HAM PRSCTTO SLCD 3.5x8" | 80 | 1 | OZ | | .776 | 62.11 | 62.11 |
| | | | | | | *  FROZEN/ICE CREAM  * | | | | | | | |
| | 1 | CS | 16/LB | BRICKF | 17868 | DOUGH CKY OATMEAL RAISIN | 255 | 1 | OZ | | .124 | 31.57 | 31.57 |
| | | | | | | PR/P BS AVG 170/1.5 OZ FZ | | | | | | | |
| | 1 | CS | 6/2.5 LB | SMPLOT | B4454 | BEAN GREEN HARVER | 240 | 1 | OZ | | .120 | 28.68 | 28.68 |
| | 1 | CS | 4/2 LB | JSPSTA | HN604 | STOCK RDCT LBSTER & SHFSH | 128 | 1 | OZ | | .272 | 34.87 | 34.87 |
| | | | | | | *  RESTAURANT SUPPLY  * | | | | | | | |
| | 1 | CS | 2/10 LB | MRIELA | BW448 | PASTA LINGUINE BRONZE DIE | 320 | 1 | OZ | | .056 | 17.87 | 17.87 |
| B | 1 | *** | 1/32 OZ | MCCORM | V8271 | EXTRACT VANILLA PURE | 32 | 1 | OZ | | 1.889 | 60.44 | 60.44 |
| | 1 | EA | 26/OZ | CULSEC | 24222 | BASIL LEAVE WHOLE SWEET | 26 | 1 | OZ | | 1.051 | 27.32 | 27.32 |
| | | | | | | BULK | | | | | | | |
| | 1 | CS | 2000/CNT | SANECK | BP012 | BAG PLST SNDWCH 6.5x7 CLR | 2000 | 1 | EA | | .006 | 12.63 | 12.63 |

(watermark: COPY)

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

TAX

**CONTINUED**

PAY THIS AMOUNT
ALL PAYMENTS IN U.S. CURRENCY

CONTINUED TO PAGE  3

Reinhart Foodservice, L.L.C.
1201 PROGRESS ROAD
SUFFOLK, VA 23434
(757)538-8000
(800)868-4517



*Get it right from us.*

Fed ID: ▮▮▮▮▮▮

Delv Date: 03/01/19

Tidewater Division

****** I N V O I C E ******

| DATE | INVOICE | SLM | ACCT NO |
|---|---|---|---|
| 03/01/19 | 689388 | 50 | 65849 |
| PHONE NO | TRIP | STOP | PAGE |
| 804-288-0100 | 310 | 030 | 3 |

TERMS: 45 Day
SLM: 50 SANDERS, JOYCE

SHIP TO:
TRAVINIA-RICHMOND
STE 800
1601 WILLOW LAWN DRI
RICHMOND VA 23230

SOLD TO:
TRAVINIA - BILL TO
301 MARKET CENTER DR
MORRISVILLE NC 27560

| QUANTITY | | UNIT | SIZE | BRAND | ITEM NUMBER | DESCRIPTION | PORTION | | | TAX | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORDER | SHIP | | | | | | # OF RU | OF UN | RC UN | | | |
| | 1 | CS | 25/LB | PRODUC | V4724 | FLOUR RICE | 400 | 1 | OZ .041 | | 16.36 | 16.36 |

| DRY | FRZ | COOL | FRZ2 | R/S | WHS6 | TOTAL | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| 14 | 28 | 23 | 3 | 5 | | 73 | 1301 | 59 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

TAX
1.26

3,217.47

PAY THIS AMOUNT
ALL PAYMENTS IN U.S. CURRENCY