**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **19-01325-hb**

**ORDER**

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**06/10/2019**



_____
US Bankruptcy Judge
District of South Carolina

Entered: 06/10/2019

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 19-01325 HB |
| Travinia Italian Kitchen at Richmond, LLC | CHAPTER: 7 |
| DEBTOR | |
| Address: 1200 Woodruff Rd, C-36, Greenville, SC | |
| Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN)): 7297 | |

## ORDER OF SETTLEMENT

This proceeding comes before the Court by John K. Fort, Trustee, on the Notice and Application for Settlement and Compromise filed May 14, 2019. The Trustee submits for the Court's approval, the following settlement: West Town has agreed to accept $95,000.00 from the sale of the assets of the Debtor, provided the sale price is no greater than $130,000.00 plus any amount required to cure the lease.

The Trustee has agreed to waive all Chapter 5 claims against West Town. West Town shall be entitled to an unsecured claim for amounts due to it which are not paid from the sale.

The Court has been informed that all parties in interest have been notified of the Trustee's Settlement and Compromise of said property, and that no objection to the proposed Settlement and Compromise has been received or filed by any party in the Office of the Clerk of this Court. John K. Fort has represented to the Court that such a settlement is in the best interest of creditors of the estate. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Trustee may settle the estate's interest in the above-described cause of action, and the Trustee's release of all claims under Chapter 5 against West Town. is hereby approved. West Town shall be entitled to an unsecured claim for amounts due to it which are not paid from the sale.