# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 19-01325 |
| Travinia Italian Kitchen at Richmond, LLC | CHAPTER: 7 |
| DEBTOR | |
| Address:  1200 Woodruff Rd, C-36, Greenville, SC | |
| Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN)): 7297 | |

## ORDER OF SETTLEMENT

This proceeding comes before the Court by John K. Fort, Trustee, on the Notice and Application for Settlement and Compromise filed May 11, 2019.The Trustee submits for the Court's approval, the following settlement: Reinhart has asserted an administrative claim in the amount of $17,779.51 pursuant to 11 U.S.C. §503(b)(9).  Reinhart and the Trustee have agreed to reduce that claim to $12,500.00 as an Administrative claim payable from the sales proceeds with the balance treated as a general unsecured claim, and that the Trustee will release all Chapter 5 claims against Reinhart. The Trustee has agreed to not disperse any funds without further Order of this Court or until this Order is entered on the Notice of Settlement and Compromise.

The Court has been informed that all parties in interest have been notified of the Trustee's Settlement and Compromise of said property, and that no objection to the proposed Settlement and Compromise has been received or filed by any party in the Office of the Clerk of this Court.  John K. Fort has represented to the Court that such a settlement is in the best interest of creditors of the estate.  It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Trustee may settle the estate's interest in the above-described cause of action, and the Trustee's release of all claims under Chapter 5 against Reinhart Foodservice, L.L.C. is hereby approved; and

IT IS FURTHER ORDERD, ADJUDGED, AND DECREED, that Reinhart Foodservice, L.L.C. shall have an allowed administrative claim in the amount of $17,779.51, subject to reduction as set forth below; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that provided the Trustee's sale of the Debtor's assets has closed, the Trustee is authorized and directed to pay Reinhart $12,500.00 within five (5) business days of the date of this order in payment of Reinhart's reduced Administrative Claim, and that Reinhart may include the balance of its original administrative claim ($5,279.51) in any general unsecured claim filed in this case.

**FILED BY THE COURT**
**06/10/2019**



US Bankruptcy Judge
District of South Carolina

Entered: 06/10/2019